UNITED STATES v. BENNETT & LOEWENTHAL.

(Circuit Court, S. D. New York. November 27, 1909.)

No. 5,356.

Customs Duties (§ 75*)—Appraisement—Approval of Pro Forma Invoice.
   Entry was made on a pro forma invoice and the value stated therein was approved by the appraiser, who also, however, approved the lower value given in a consular invoice subsequently produced by the importer. *Held*, that duty should have been assessed on the basis of the latter value.
   [Ed. Note.—For other cases, see Customs Duties, Dec. Dig. § 75.*]

On Application for Review of a Decision by the Board of United States General Appraisers.

The decision below sustained the importers' protest against the assessment of duty by the collector of customs at the port of New York; the Board's opinion reading as follows:

HAY, General Appraiser. In this case entry was made on a pro forma invoice. From the testimony it appears that when the consular invoice arrived it was found to bear a lower value for the merchandise in question than that contained in the pro forma invoice. The collector assessed duty upon the value given in the pro forma invoice, rejecting as illegal and unwarranted the second appraisement made by the appraiser approving the value given in the consular invoice.

The merchandise should have been assessed upon the value stated in the consular invoice, the appraiser having approved that value. Foard's Case, G. A. 6,723 (T. D. 28,796).

The protest is sustained, and the collector directed to reliquidate the entry accordingly.

D. Frank Lloyd, Deputy Asst. Atty. Gen., for the United States.
Oppenheimer & Arnold, for importers.

MARTIN, District Judge. Decision affirmed.